UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO: 6:14-CV-1709-ORL-28DAB
IN ADMIRALTY

IN RE:

PETITION OF LEO HOLLIDAY, as titled owner of a 19' 2005 Starcraft Marine Runabout, hull identification number STR790840404, her engines, tackle, and appurtenances, for Exoneration from or Limitation of Liability,

Petitioner,

## ORDER

This case is before the Court on Petitioner's Motion for Entry of Final Default Judgment For Exoneration From Liability Against All Claimants Not Filing a Claim in This Action (Doc. No. 17). The United States Magistrate Judge has submitted a report recommending that the motion be granted (Doc. No. 18).

After an independent *de novo* review of the record in this matter, and noting that no objections have been filed to the Report and Recommendation, the Court agrees with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed April 6, 2015 (Doc. No. 18) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Petitioner's Motion for Entry of Final Default Judgment For Exoneration From Liability Against All Claimants Not Filing a Claim in This Action (Doc. No. 17) is **GRANTED**.

3.  Default Final Judgment is hereby entered against all claimants who have not filed claims as more fully set forth in the Order Granting Petitioner's Motion for Entry of Default and Entering Final Default Judgment as to All Claimants Who Have Not Filed Claims, filed contemporaneously herein.  The Order Granting Default Final Judgment also exonerates Petitioner from any responsibility, loss, damage or injury, from any and all claims arising out of the incident described in the Petition for Exoneration except for those claims timely filed by Cheryl Torrao and Randy Torrao, who have filed Answers to Petitioner's Complaint (Doc. Nos. 8, 9).

**DONE** and **ORDERED** in Chambers in Orlando, Florida this 25 day of May, 2015.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record